**FILED**

12/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0272

_____

IN RE THE MARRIAGE OF:

NICHOLAS R. VASQUEZ,

      Petitioner and Appellant,

and

ALISON M. VASQUEZ,

      Respondent and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Alison M. Vasquez, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 4 2024